PER CURIAM.
Affirmed. See Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Henry v. State, 933 So.2d 28 (Fla. 2d DCA 2006); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002); Pruitt v. State, 801 So.2d 143 (Fla. 4th DCA 2001).
KHOUZAM, MORRIS, and SLEET, JJ., Concur.